IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ANTONIO MAURICE GIBSON,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:10-CV-25 (HL) |
| **BIBB COUNTY SHERIFF'S DEPT.,** | : | |
| Sheriff **JERRY MODENA,** | : | |
| **HELEN JACKSON,** and | : | |
| **MICKEY HILL,** | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Claude W. Hicks Jr., entered on March 19, 2010 (Doc. 8). The Magistrate Judge has recommended that the Bibb County Sheriff's Department be dismissed from this action. Plaintiff has filed what the Court will construe as an Objection (Doc. 10) to the Recommendation.

After making a *de novo* review of the Recommendation and considering the Objection, the Court finds that the Objection has no merit. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Bibb County Sheriff's Department is dismissed from this action. The case shall proceed against the remaining Defendants.

**SO ORDERED**, this the 14th day of April, 2010.

s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh